IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY LEANG JONES,** | Case No. C10-0177 CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER CHANGING TIME TO FILE REPLY IN SUPPORT OF DISPOSITIVE MOTION** |
| v. | |
| **SUE HUBBARD, et al.,** | |
| Defendants. | |

    Defendants Hubbard, Evans, Neotti, Ponder, Nuckles, Atchley, Kircher, Rasley, Bittner, J. Rodriguez, Ponce, Mora, Nicholson, Zavala, Argueta, Tomasian, J.J. Rodriguez, Santos, Richmond, Butt, Eckert, and Okelly have moved this Court for an extension of time to file a reply in response to Plaintiff's supplemental opposition to Defendants' pending motion to dismiss and for summary judgment. Defendants Blevins, Roman, and Scarlett consent to this request. Defendants seek an extension of time, up to and including October 1, 2012, to file their reply to Plaintiff's supplemental opposition. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED. The deadline for all Defendants in this matter to file a reply to Plaintiff's supplemental opposition, and in support of their pending dispositive motions, is changed to October 1, 2012.

    ///

1

Order Grant Defs.' Mot. Change Time File Reply To Pl.'s Supp. Opp. To Mot. Dismiss & Sum. Judg. (C10-0177 CRB)

Absent further order, the pending dispositive motions will be submitted on the date the replies to Plaintiff's supplemental opposition is filed, without a hearing.

IT IS SO ORDERED

Dated: September 7, 2012

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Order Grant Defs.' Mot. Change Time File Reply To Pl.'s Supp. Opp. To Mot. Dismiss & Sum. Judg.  (C10-0177 CRB)